# CRITCHLEY, KINUM & DENOIA, LLC

ATTORNEYS AT LAW
75 LIVINGSTON AVENUE - SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
EDMUND DeNOIA
AMY LURIA

CHRISTOPHER L. FOX

(973) 422 - 9200

FAX: (973) 422 - 9700
www.critchleylaw.com

January 24, 2018

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
M.L.K., Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: *Valeant Pharms. Int'l, Inc. et al. v. Mylan Pharms., Inc. et al.*,
    C.A. No. 15-8180-SRC-CLW (Consolidated)

Dear Judge Waldor:

  I write on behalf of the parties to provide an update regarding the status of negotiations following the in-person conference before Your Honor. The parties are continuing to engage in good-faith negotiations to try to narrow this case for trial, and believe that an additional two days would be beneficial in that regard. The parties will provide the Court with a more detailed status update, as well as their availability for trial, this Friday, January 26, 2018.

  We thank the Court for its time and consideration of this matter. We are available should the Court have any questions.

          Respectfully submitted,

          /s/ Amy Luria
          Amy Luria

cc: All Counsel of Record (via ECF)