**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; SALIX PHARMACEUTICALS, INC.; PROGENICS PHARMACEUTICALS, INC.; and WYETH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.; MYLAN LABORATORIES, LTD.; MYLAN INC., and ACTAVIS LLC,<br><br>Defendants. | Civil Action No. 15-8180 (SRC) (CLW)<br>(consolidated)<br><br>*Document Electronically Filed*<br><br>**CONSENT ORDER GRANTING**<br>***PRO HAC VICE* ADMISSION**<br>**OF CHARLES E. LIPSEY, ESQ.** |

**THIS MATTER** having been brought before the Court by Valeant Pharmaceuticals International, Inc., Salix Pharmaceuticals, Inc., Progenics Pharmaceuticals, Inc., and Wyeth LLC (collectively, "Plaintiffs"), by and through its attorneys, Gibbons P.C., for entry of an Order admitting Charles E. Lipsey of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Certifications of William P. Deni, Jr., and Charles E. Lipsey; and counsel for Defendants having consented to this application; and for good cause shown;

**IT IS** on this 14 day of March 2018, hereby

**ORDERED** that Plaintiffs' application is granted, and Charles E. Lipsey is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Charles E. Lipsey shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Charles E. Lipsey shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Charles E. Lipsey shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be responsible for him and for the conduct of Charles E. Lipsey.

AGREED AND CONSENTED TO BY:

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4853
Fax: (973) 639-8373
wdeni@gibbonslaw.com

*Attorneys for Plaintiffs*

s/ Jason B. Lattimore
Jason B. Lattimore
**JASON B. LATTIMORE, ESQ., LLC**
55 Madison Ave., Suite 400
Morristown, New Jersey 07960
Tel: (973) 998-7477
Fax: (973) 264-1159
jason@lattimorelaw.com

*Attorneys for Defendant Actavis LLC*

s/ Amy Luria
Amy Luria
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 422-9200
Fax: (973) 422-9700
aluria@critchleylaw.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Limited, and Mylan INc.*

**IT IS SO ORDERED.**

Hon. Cathy L. Waldor, U.S.M.J.