Jason B. Lattimore
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile:  (973) 264-1159
jason@lattimorelaw.com

*Attorney for Defendant Actavis LLC*

Amy Luria
**CRITCHLEY, KINUM & DENOIA, LLC**
75 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 422-9200
Facsimile: (973) 422-9700
aluria@critchleylaw.com

*Attorney for Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Limited, and Mylan Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., SALIX PHARMACEUTICALS, INC., PROGENICS PHARMACEUTICALS, INC., and WYETH LLC,<br><br>Plaintiffs<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LTD., MYLAN INC., and ACTAVIS LLC,<br><br>Defendants. | C.A. No. 2:15-08180 (SRC) (CLW) (consolidated)<br><br>Motion Date: May 7, 2018<br><br>**NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFFS' EXPERT DR. ROBERT O. WILLIAMS, III FROM PROVIDING TESTIMONY RELATED TO INFRINGEMENT**<br><br>Oral Argument Requested |

**PLEASE TAKE NOTICE** that on May 7, 2018, at a time to be set by the Court, or as soon as counsel may be heard, Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Ltd., Mylan Inc. (collectively, "Mylan"), and Actavis LLC ("Actavis") (Mylan and Actavis collectively, "Defendants"), by and through their undersigned counsel, will move before the Honorable Stanley R. Chesler, U.S.D.J., in the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order precluding Plaintiffs Valeant Pharmaceuticals International,

1

Inc., Salix Pharmaceuticals, Inc., Progenics Pharmaceuticals, Inc., and Wyeth LLC (collectively, "Plaintiffs") from introducing or relying on testimony from their expert Dr. Robert O. Williams, III on matters related to alleged infringement of the asserted claims by Defendants.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Defendants shall rely on the accompanying Brief and Declaration of Stephanie M. Roberts, Esq., as well as any other papers and pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that if opposition to this Motion is presented, Defendants request oral argument on this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: March 28, 2018

Respectfully submitted,

 s/ Amy Luria
Amy Luria (aluria@critchleylaw.com)
**CRITCHLEY, KINUM & DENOIA, LLC**
75 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 422-9200
Facsimile: (973) 422-9700

OF COUNSEL:
Deepro R. Mukerjee
Lance A. Soderstrom
Stephanie M. Roberts
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Jitendra Malik, Ph.D.
Alissa Pacchioli
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200

H. James Abe
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000

*Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Limited, and Mylan Inc.*

Respectfully submitted,

 s/ Jason B. Lattimore
Jason B. Lattimore (Jason@LattimoreLaw.com)
**JASON B. LATTIMORE, ESQ. LLC.**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 998-7477

OF COUNSEL:
Elizabeth J. Holland
Joshua A. Whitehill
Tyler Doh
**GOODWIN PROCTER LLP**
The New York Times Building
620 8th Avenue
New York, NY 10019
Tel.: (212) 813-8800

Nicholas K. Mitrokostas
Shaobo Zhu
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000

*Attorneys for Defendant Actavis LLC*