Jason B. Lattimore
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile:  (973) 264-1159
jason@lattimorelaw.com

*Attorney for Defendant Actavis LLC*

Amy Luria
**CRITCHLEY, KINUM & DENOIA, LLC**
75 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 422-9200
Facsimile: (973) 422-9700
aluria@critchleylaw.com

*Attorney for Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Limited, and Mylan Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., SALIX PHARMACEUTICALS, INC., PROGENICS PHARMACEUTICALS, INC., and WYETH LLC,<br><br>　　　　Plaintiffs<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LTD., MYLAN INC., and ACTAVIS LLC,<br><br>　　　　Defendants. | C.A. No. 2:15-08180 (SRC) (CLW)<br>(consolidated)<br><br>Motion Date:  May 7, 2018<br><br>**NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFFS FROM OFFERING TESTIMONY FROM MICHAEL TAGLIAFERI AND DR. ROBERT O. WILLIAMS III IN CONNECTION WITH THE PRIOR-ART STATUS OF SHAH '115 OR RELISTOR® VIALS**<br><br>Oral Argument Requested |

**PLEASE TAKE NOTICE** that on May 7, 2018, at a time to be set by the Court, or as soon as counsel may be heard, Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Ltd., Mylan Inc. (collectively, "Mylan"), and Actavis LLC ("Actavis") (Mylan and Actavis collectively, "Defendants"), by and through their undersigned counsel, will move before the Honorable Stanley R. Chesler, U.S.D.J., in the United States District Court for the District of

1

New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order precluding Plaintiffs Valeant Pharmaceuticals International, Inc., Salix Pharmaceuticals, Inc., Progenics Pharmaceuticals, Inc., and Wyeth LLC (collectively, "Plaintiffs") from introducing or relying on testimony related to the prior art status of International Patent Application Publication No. WO 2008/019115 ("Shah '115") or Relistor® Vials from their corporate witness Michael Tagliaferi, their expert Dr. Robert O. Williams III, or any other witnesses who lack personal knowledge of the subject matter claimed and described in the Wyeth patents-in-suit (U.S. Patent Nos. 8,247,425, 8,420,663, 8,822,490 and 9,180,125) or the research and development of the methylnaltrexone injectable compositions described in Shah '115 or contained in Relistor® Vials.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Defendants shall rely on the accompanying Brief and Declaration of Shaobo Zhu, Esq., as well as any other papers and pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that if opposition to this Motion is presented, Defendants request oral argument on this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: March 28, 2018

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| s/ Amy Luria | s/ Jason B. Lattimore |
| Amy Luria (aluria@critchleylaw.com) | Jason B. Lattimore (Jason@LattimoreLaw.com) |
| **CRITCHLEY, KINUM & DENOIA, LLC** | **JASON B. LATTIMORE, ESQ. LLC.** |
| 75 Livingston Avenue | 55 Madison Avenue, Suite 400 |
| Roseland, NJ 07068 | Morristown, NJ 07960 |
| Telephone: (973) 422-9200 | Tel.: (973) 998-7477 |
| Facsimile: (973) 422-9700 | |
| | OF COUNSEL: |
| OF COUNSEL: | Elizabeth J. Holland |
| Deepro R. Mukerjee | Joshua A. Whitehill |
| Lance A. Soderstrom | Tyler Doh |
| Stephanie M. Roberts | **GOODWIN PROCTER LLP** |
| **ALSTON & BIRD LLP** | The New York Times Building |
| 90 Park Avenue | 620 8th Avenue |
| New York, NY 10016-1387 | New York, NY 10019 |
| Telephone: (212) 210-9400 | Tel.: (212) 813-8800 |
| Facsimile: (212) 210-9444 | |
| | Nicholas K. Mitrokostas |
| Jitendra Malik | Shaobo Zhu |
| Alissa Pacchioli | **GOODWIN PROCTER LLP** |
| **ALSTON & BIRD LLP** | 100 Northern Avenue |
| 555 Fayetteville Street, Suite 600 | Boston, MA 02210 |
| Raleigh, NC 27601 | Tel: (617) 570-1000 |
| Telephone: (919) 862-2200 | |
| | *Attorneys for Defendant Actavis LLC* |
| H. James Abe | |
| **ALSTON & BIRD LLP** | |
| 333 South Hope Street, 16th Floor | |
| Los Angeles, CA 90071 | |
| Telephone: (213) 576-1000 | |
| | |
| *Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Laboratories Limited, and Mylan Inc.* | |