**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC. et al., | : | |
| Plaintiffs, | : | Civil Action No. 15-8180 (SRC) |
| v. | : | **ORDER** |
| MYLAN PHARMACEUTICALS, INC. et al., | : | |
| Defendants. | : | |

**CHESLER**, **U.S.D.J.**

This case having been closed in error, the Clerk of the Court shall **REOPEN** it.

**SO ORDERED.**

                                                s/ Stanley R. Chesler
                                                Stanley R. Chesler, U.S.D.J.

Dated: June 5, 2018