

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

October 18, 2019

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
M.L.K., Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>   Re:  **Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc., et al. v. Mylan Pharmaceuticals, Inc., et al.**
>   **Civil Action No. 15-8180 (SRC) (CLW) (CONSOLIDATED)**

Dear Judge Waldor:

   This firm and Finnegan, Henderson, Farabow, Garrett & Dunner, LLP represent Plaintiffs Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc., Salix Pharmaceuticals, Inc., and Progenics Pharmaceuticals, Inc. ("Plaintiffs").  Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval for the withdrawal of Kristi L. McIntyre as *pro hac vice* counsel for Plaintiffs in the above-referenced action.  Plaintiffs will continue to be represented by the law firms of Gibbons P.C. and Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

   If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket.  Should Your Honor have any questions or concerns, we are available at your convenience.

>              Respectfully submitted,
>
>              s/ William P. Deni, Jr.
>              William P. Deni, Jr.

cc:   All counsel of record (via ECF)